U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL | ) Case No.: 2:25-cv-11276 <br> ) HON. THOMAS L. LUDINGTON <br> ) |
| Plaintiff, | ) <br> ) |
| v | ) <br> ) |
| WOLVERINE HUMAN SERVICES; <br> WOLVERINE HUMAN SERVICES, INC.; <br> SAGINAW INTERMEDIATE SCHOOL <br> DISTRICT; SAGINAW INTERMEDIATE <br> SCHOOL DISTRICT BOARD OF <br> EDUCATION; and JOHN/JANE DOES <br> 1-10, in their official, professional, personal, <br> and individual capacities, jointly and <br> severally, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203) <br> Attorney for Plaintiff <br> 325 e. Grand River Ave., Ste. 250 <br> East Lansing, MI 48823 <br> (517) 994-1776 <br> liz@education-rights.com | DAVID WESLEY CORNISH, ESQ. <br> Attorney for Plaintiff <br> 230 South Broad St., 17th Floor <br> Philadelphia, PA 19102 <br> (888) 313-1385 <br> dwesley24@gmail.com <br> *Admission application to be filed |
| GREGORY W. MAIR (P67465) <br> KAILEN C. PIPER (P82865) <br> Attorneys for Defendants Saginaw ISD & <br> Saginaw ISD Board of Education <br> 300 St. Andrews Road, Suite 302 <br> Saginaw, MI 48638 <br> (989) 790-0960 <br> gmair@owdpc.com <br> kpiper@owdpc.com <br> dmcclure@owdpc.com | |

**APPEARANCE**

PLEASE TAKE NOTICE that I have caused my Appearance to be entered on behalf of Defendants, SAGINAW INTERMEDIATE SCHOOL DISTRICT and SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION, named in the above-entitled cause of action.

                                              Respectfully Submitted,

Dated: May 7, 2025                  /s/Gregory W. Mair
                                              GREGORY W. MAIR (P67465)
                                              Attorney for Defs. Saginaw ISD &
                                              Saginaw ISD Board of Education
                                              300 St. Andrews Road, Suite 302
                                              Saginaw, Michigan 48638
                                              gmair@owdpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

Elizabeth K. Abdnour           liz@education-rights.com

David Wesley Cornish           dwesley24@gmail.com

Gregory W. Mair                gmair@owdpc.com
                               dmcclure@owdpc.com
                               jmconnolly@owdpc.com

Kailen C. Piper                kpiper@owdpc.com
                               kschaffer@owdpc.com

Respectfully submitted,

Date: May 7, 2025

/s/ Gregory W. Mair
GREGORY W. MAIR (P67465)
Attorney for Defendants Saginaw ISD
& Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, Michigan  48638
gmair@owdpc.com