## U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL | )Case No.: 2:25-cv-11276<br>)HON. THOMAS L. LUDINGTON |
| Plaintiff, | ) |
| v | ) |
| WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC.;<br>SAGINAW INTERMEDIATE SCHOOL<br>DISTRICT; SAGINAW INTERMEDIATE<br>SCHOOL DISTRICT BOARD OF<br>EDUCATION; and JOHN/JANE DOES<br>1-10, in their official, professional, personal,<br>and individual capacities, jointly and<br>severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

ELIZABETH K. ABDNOUR (P78203)
Attorney for Plaintiff
325 e. Grand River Ave., Ste. 250
East Lansing, MI  48823
(517) 994-1776
liz@education-rights.com

DAVID WESLEY CORNISH, ESQ.
Attorney for Plaintiff
230 South Broad St., 17th Floor
Philadelphia, PA  19102
(888) 313-1385
dwesley24@gmail.com
*Admission application to be filed

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
Attorneys for Defendants Saginaw ISD &
Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, MI  48638
(989) 790-0960
gmair@owdpc.com
kpiper@owdpc.com
dmcclure@owdpc.com

## **APPEARANCE**

PLEASE TAKE NOTICE that I have caused my Appearance to be entered on behalf of Defendants, SAGINAW INTERMEDIATE SCHOOL DISTRICT and SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION, named in the above-entitled cause of action.

Respectfully Submitted,

Dated: May 7, 2025

/s/Kailen C. Piper
KAILEN C. PIPER (P82865)
Attorney for Defs. Saginaw ISD &
Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, Michigan  48638
kpiper@owdpc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

Elizabeth K. Abdnour                   liz@education-rights.com

David Wesley Cornish                   dwesley24@gmail.com

Gregory W. Mair                        gmair@owdpc.com
                                       dmcclure@owdpc.com
                                       jmconnolly@owdpc.com

Kailen C. Piper                        kpiper@owdpc.com
                                       kschaffer@owdpc.com

                                       Respectfully submitted,

                                       /s/ Kailen C. Piper
Date: May 7, 2025                      KAILEN C. PIPER (P82865)
                                       Attorney for Defendants Saginaw ISD
                                       & Saginaw ISD Board of Education
                                       300 St. Andrews Road, Suite 302
                                       Saginaw, Michigan  48638
                                       kpiper@owdpc.com