UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL,<br><br>     Plaintiff,<br><br>v<br>WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION; and<br>JOHN/JANE DOES 1-10, in their official, professional, personal, and individual capacities, jointly and severally,<br><br>     Defendants. | CASE NO.: 1:25-cv-11276-TLL-PTM<br>HON. District Judge Thomas L. Ludington<br>Magistrate Judge: Patricia T. Morris<br><br>**APPEARANCE** |

10480804.1

ELIZABETH K. ABDNOUR (P78203)
Abdnour Weiker, LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
Phone: (517) 994-1776
Email: liz@education-rights.com
*Attorney for Plaintiff*

DAVID WESLEY CORNISH, *
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Phone: 888-313-1385
Email: dwesley24@gmail.com
*Admission application to be filed
*Attorney for Plaintiff*

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Zausmer, P.C.
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111 Fax: (248) 851-0100
Email: mzausmer@zausmer.com
Email: cgetto@zausmer.com
*Attorneys for Defendants Wolverine*

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
O'Neill, Wallace and Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48638-5977
989-790-0960
Fax: 989-790-6902
Email: gmair@owdpc.com
Email: kpiper@owdpc.com
*Attorneys for Defendants Saginaw*

_____

## APPEARANCE

TO:   U.S. DISTRICT COURT
      PARTIES OF RECORD

Please enter the appearance of CAMERON R. GETTO, of Zausmer, P.C., as counsel on behalf of Defendants, WOLVERINE HUMAN SERVICES, and WOLVERINE HUMAN SERVICES, INC., in the above-referenced matter.

2

                              Respectfully submitted:

                              ZAUSMER, P.C.

                              /s/ Cameron R. Getto
                              CAMERON R. GETTO (P57300)
                              Attorneys for Defendants Wolverine
                              32255 Northwestern Hwy., Suite 225
                              Farmington Hills, MI 48334
                              (248) 851-4111 / Fax: (248) 851-0111
                              cgetto@zausmer.com

Dated: May 16, 2025

10480804.1

## CERTIFICATE OF SERVICE

CAMERON R. GETTO, deposes and states that on the 16th day of May, 2025, I electronically filed the foregoing Appearance and this Certificate of Service with the Clerk of the Court using the Case Management/ Electronic Case Filing (CM/ECF) system which will send notification of such filing to all attorneys of record at their respective email addresses.

/s/ Cameron R. Getto
CAMERON R. GETTO (P57300)
Attorney for Defendants Wolverine

10480804.1