UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL,<br><br>      Plaintiff,<br><br>v<br>WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION; and<br>JOHN/JANE DOES 1-10, in their official, professional, personal, and individual capacities, jointly and severally,<br><br>      Defendants. | CASE NO.: 1:25-cv-11276-TLL-PTM<br>HON. District Judge Thomas L. Ludington<br>Magistrate Judge: Patricia T. Morris<br><br>**APPEARANCE** |

10480989.1

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203)<br>Abdnour Weiker, LLP<br>325 E. Grand River Ave., Ste. 250<br>East Lansing, MI 48823<br>Phone: (517) 994-1776<br>Email: liz@education-rights.com<br>*Attorney for Plaintiff* | MARK J. ZAUSMER (P31721)<br>CAMERON R. GETTO (P57300)<br>Zausmer, P.C.<br>32255 Northwestern Hwy., Suite 225<br>Farmington Hills, MI 48334<br>(248) 851-4111 Fax: (248) 851-0100<br>Email: mzausmer@zausmer.com<br>Email: cgetto@zausmer.com<br>*Attorneys for Defendants Wolverine* |
| DAVID WESLEY CORNISH, *<br>Cornerstone Legal Group, LLC<br>230 South Broad Street, 17th Floor<br>Philadelphia, PA 19102<br>Phone: 888-313-1385<br>Email: dwesley24@gmail.com<br>*Admission application to be filed<br>*Attorney for Plaintiff* | GREGORY W. MAIR (P67465)<br>KAILEN C. PIPER (P82865)<br>O'Neill, Wallace and Doyle<br>300 St. Andrews Road, Suite 302<br>Saginaw, MI 48638-5977<br>989-790-0960<br>Fax: 989-790-6902<br>Email: gmair@owdpc.com<br>Email: kpiper@owdpc.com<br>*Attorneys for Defendants Saginaw* |

_____

**APPEARANCE**

TO:   U.S. DISTRICT COURT
        PARTIES OF RECORD

Please enter the appearance of MARK J. ZAUSMER of Zausmer, P.C., as counsel on behalf of Defendants, WOLVERINE HUMAN SERVICES, and WOLVERINE HUMAN SERVICES, INC., in the above-referenced matter.

10480989.1

        Respectfully submitted:

        ZAUSMER, P.C.

        /s/ Mark J. Zausmer
        MARK J. ZAUSMER (P31721)
        Attorneys for Defendants Wolverine
        32255 Northwestern Hwy., Suite 225
        Farmington Hills, MI 48334
        (248) 851-4111 / Fax: (248) 851-0111
        mzausmer@zausmer.com

Dated: May 16, 2025

## CERTIFICATE OF SERVICE

MARK J. ZAUSER, deposes and states that on the 16th day of May, 2025, I electronically filed the foregoing Appearance and this Certificate of Service with the Clerk of the Court using the Case Management/ Electronic Case Filing (CM/ECF) system which will send notification of such filing to all attorneys of record at their respective email addresses.

/s/ Mark J. Zausmer
MARK J. ZAUSMER (P31721)
Attorneys for Defendants Wolverine

10480989.1