MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TITUS DEPEAL

Plaintiff(s),

Case No. 25-cv-11276

v.

Judge Thomas L. Ludington

WOLVERINE HUMAN SERVICES, et al.

Magistrate Judge Patricia T. Morris

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Wolverine Human Services**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❏      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❏      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: June 13, 2025

/s/ Cameron R. Getto
Signature
P57300
Bar No.
3255 Northwestern Hwy. Ste. 225
Street Address
Farmington Hills, MI 48334
City, State, Zip Code
248-851-4111
Telephone Number
cgetto@zausmer.com
Primary Email Address

American LegalNet, Inc.
www.USCourtForms.com