![MDOC Department of Corrections]

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



MDOC Number:
**675978**

SID Number:
**5376093L**

Name:
**TITUS MICHAEL DEPEAL**

Racial Identification:
**White**

Gender:
**Male**

Hair:
**Brown**

Eyes:
**Hazel**

Height:
**5' 9"**

Weight:
**140 lbs.**

Date of Birth:
**05/03/2004  (21)**

**TITUS MICHAEL DEPEAL**

Image Date:
9/11/2023

## MDOC STATUS

Current Status:
Prisoner

Assigned Location:
St. Louis Correctional Facility

Security Level:
IV

Earliest Release Date:
04/11/2025

Maximum Discharge Date:
04/11/2028

## ALIASES

TITUS MICHAEL SHANE DE PEAL

## MARKS, SCARS & TATTOOS

Scar- Center Right Forehead - scar from a dog scratch

Scar- Lower Right Knee - scar from stitches

Scar- Upper Left Wrist - burn scar

Tattoo- Back Left Forearm - 5

Tattoo- Front Left Hand - Xo, Hearts, Symbol, Lov

# PRISON SENTENCES

## ACTIVE

### Sentence 1

Offense:
  Assault of Prison or Other place of Confinement Employee

MCL#:
  750.197C-A

Court File#:
  2110715-FH-S

County:
  Bay

Conviction Type:
  Plea

Minimum Sentence:
  2 years 0 months 0 days

Maximum Sentence:
  5 years 0 months

Date of Offense:
  09/13/2021

Date of Sentence:
  08/28/2023

## INACTIVE

### Sentence 1

Offense:
  Motor Vehicle - Unlawful Use

MCL#:
  750.414

Court File#:
  2110351-FH-S

County:
  Bay

Conviction Type:
  Plea

Minimum Sentence:
  1 year 2 months 0 days

Maximum Sentence:
  2 years 0 months

Date of Offense:
  06/23/2021

Date of Sentence:
  08/28/2023

Discharge Date:
  12/07/2024

Discharge Reason:
  Order Terminated, Continued on Additional Order(s)

### Sentence 2

Offense:
  Police Officer - Assault/Resist/Obstruct

MCL#:
  750.81D1

Court File#:
  2110351-FH-S

County:
  Bay

Conviction Type:
  Plea

Minimum Sentence:
  1 year 2 months 0 days

Maximum Sentence:
  2 years 0 months

Date of Offense:
  06/23/2021

Date of Sentence:
  08/28/2023

Discharge Date:
  12/07/2024

Discharge Reason:
  Order Terminated, Continued on Additional Order(s)

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

### Sentence 1

Offense:
Motor Vehicle - Unlawful Use

MCL#:
750.414

Court File#:
21-10351fh

County:
Bay

Conviction Type:
Plea

Minimum Sentence:

Maximum Sentence:
3 years 0 months

Date of Offense:
06/23/2021

Date of Sentence:
12/13/2021

Discharge Date:
08/28/2023

Discharge Reason:
Probation Violator Technical Violation

### Sentence 2

Offense:
Police Officer - Assault/Resist/Obstruct

MCL#:
750.81D1

Court File#:
21-10351fh

County:
Bay

Conviction Type:
Plea

Minimum Sentence:

Maximum Sentence:
3 years 0 months

Date of Offense:
06/23/2021

Date of Sentence:
12/13/2021

Discharge Date:
08/28/2023

Discharge Reason:
Probation Violator Technical Violation

# SUPERVISION CONDITIONS

None