| | | |
|---|---|---|
| **Titus DePeal,** | **:** | **United States District Court** |
| **Plaintiff,** | **:** | **Eastern District of Michigan** |
| v. | **:** | |
| **Wolverine Human Services,** *et al.*, | **:** | **Civil Division** |
| **Defendants.** | **:** | **25-cv-11276** |

## **STIPULATION**

AND NOW, this _____ day of _____, 2025, it is hereby **STIPULATED** and **AGREED** by and between all parties, by and through their undersigned counsel, that Plaintiff Depeal, voluntarily withdraws and dismisses without prejudice Count 10 in his Complaint for Negligent Infliction of Emotional pursuant to Michigan state law.

**BY THE COURT**:

_____
**Honorable Judge**