UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TITUS DEPEAL,                               Case No. 1:25-cv-11276

    Plaintiff,                              Hon. Thomas L. Ludington

v.

WOLVERINE HUMAN SERVICES, et al.,

    Defendants.

## MOTION AND BRIEF TO ALLOW ATTORNEY ELIZABETH K. ABDNOUR TO WITHDRAW AS COUNSEL AND WAIVE LOCAL COUNSEL REQUIREMENT

NOW COMES Plaintiff, through undersigned counsel, and states as follows.

1. On or around April 15, 2025, Attorney Wesley Cornish of Cornerstone Legal Group was retained by Plaintiff to represent him in this matter.

2. At the time, Attorney Cornish was not licensed to practice in this Court.

3. Attorney Cornish began the process of seeking admission to this Court but realized he would not be able to complete the process before Plaintiff's statute of limitations ran.

4. At that time, Attorney Cornish began seeking an attorney admitted to practice in this Court to file the Complaint on Plaintiff's behalf, to ensure the statute of limitations did not run prior to filing.

5. Attorney Cornish connected with Attorney Abdnour through a mutual attorney acquaintance, and Attorney Abdnour agreed to serve as local counsel pursuant to L.R. 83.20 in the limited role of filing this Complaint to protect Plaintiff's claims before the statute of limitations ran.

6. Attorney Cornish drafted the Complaint and is the only attorney who has communicated with Plaintiff or who has a representation agreement with Plaintiff.

7. Attorney Abdnour has never communicated with Plaintiff and has no independent knowledge of the case beyond what is outlined in the Complaint.

8. The initial agreement between Attorneys Cornish and Abdnour was that Attorney Abdnour would withdraw as soon as Attorney Cornish was admitted to this Court.

9. Unfortunately, on or around June 19, 2025, Attorney Cornish's twin infant daughters died unexpectedly, and Attorney Cornish was forced to take bereavement leave.

10. Attorney Abdnour agreed to stay on as Local Counsel as long as Attorney Cornish needed to grieve.

11. Attorney Cornish's bereavement leave has ended, and he is now fully prepared to move forward with representing Plaintiff.

12. On July 23, 2025, Attorney Cornish filed a Notice of Appearance in this matter. ECF No. 17.

13. Attorney Cornish is lead counsel in this matter and will represent Plaintiff thoroughly and diligently as he had planned to do from the outset when he accepted the case.

14. Attorney Cornish is aware that he will have to attend all in-person hearings, settlement conferences and other meetings set by the Court without expectation of special accommodation and is expected to familiarize himself with the United States District Court Eastern District of Michigan's Local Rules.

15. Defendants do not object to Attorney Abdnour's withdrawal from this matter.

16. No Party will be prejudiced by Attorney Abdnour's withdrawal from this matter.

17. Plaintiff respectfully requests that this Court allow Attorney Abdnour to withdraw as local counsel and allow Attorney Cornish to waive the local counsel requirement pursuant to L.R. 83.20.

Respectfully submitted,				Dated: September 10, 2025

/s/ *David Wesley Cornish*
David Wesley Cornish
Attorney for Plaintiff
Cornerstone Legal Group, LLC

230 South Broad Street, 17th Floor
Philadelphia, PA 19102
(888) 313-1385
dwesley24@gmail.com

/s/ *Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I filed the above document and this proof of service upon the attorneys of record by use of this Court's CM/ECF system, which will serve copies to the Clerk of Courts and all counsel of record.

/s/ *Elizabeth K. Abdnour*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TITUS DEPEAL,                                    Case No. 1:25-cv-11276

    Plaintiff,                               Hon. Thomas L. Ludington

v.

WOLVERINE HUMAN SERVICES, et al.,

    Defendants.

## ORDER REGARDING PLAINTIFF'S MOTION TO ALLOW ATTORNEY ELIZABETH K. ABDNOUR TO WITHDRAW AS COUNSEL AND WAIVE THE LOCAL COUNSEL REQUIREMENT

At a session of Court held in the Bay City, Bay County, State of Michigan on the _____ day of September, 2025.

    PRESENT: HONORABLE THOMAS L. LUDINGTON
    FEDERAL DISTRICT COURT JUDGE

This matter having come before the Court on Plaintiff's Motion to Allow Attorney Elizabeth K. Abdnour to Withdraw as Local Counsel and Waive the Local Counsel Requirement, the Court having reviewed the Motion, and being fully otherwise in the premises,

**IT IS HEREBY ORDERED** that for the reasons stated in the Motion, Plaintiff's Motion is granted.

Dated:                                    _____
                                                      HON. THOMAS L. LUDINGTON
                                                      United States District Court Judge