UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL,<br><br>　　　　Plaintiff,<br><br>v<br><br>WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION; and<br>JOHN/JANE DOES 1-10, in their official, professional, personal, and individual capacities, jointly and severally,<br><br>　　　　Defendants. | CASE NO.: 1:25-cv-11276-TLL-PTM<br>HON. District Judge Thomas L. Ludington<br>Magistrate Judge: Patricia T. Morris<br><br>**DEFENDANTS WOLVERINE HUMAN SERVICES and WOLVERINE HUMAN SERVICES, INC.'s NOTICE OF NON PARTY FAULT** |

10753459.1

ELIZABETH K. ABDNOUR (P78203)
Abdnour Weiker, LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
Phone: (517) 994-1776
Email: liz@education-rights.com
*Attorney for Plaintiff*

DAVID WESLEY CORNISH, *
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Phone: 888-313-1385
Email: dwesley24@gmail.com
*Admission application to be filed
*Attorney for Plaintiff*

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
ROBIN E. HARRINGTON (P79630)
Zausmer, P.C.
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111 Fax: (248) 851-0100
Email: mzausmer@zausmer.com
Email: cgetto@zausmer.com
Email: rharrington@zausmer.com
*Attorneys for Defendants Wolverine*

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
O'Neill, Wallace and Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48638-5977
989-790-0960
Fax: 989-790-6902
Email: gmair@owdpc.com
Email: kpiper@owdpc.com
*Attorneys for Defendants Saginaw*

---

### **DEFENDANTS WOLVERINE HUMAN SERVICES and WOLVERINE HUMAN SERVICES, INC.'s NOTICE OF NON PARTY FAULT**

NOW COME the Defendants, WOLVERINE HUMAN SERVICES; WOLVERINE HUMAN SERVICES, INC;, by and through its attorneys, ZAUSMER, P.C., and as authorized by as authorized by MCR 2.112(K), (which does not have a counterpart in the Federal Rules of Civil Procedure), Defendants hereby give notice that the following individuals are non-parties at fault for some or all of the damages to some or all of the parties:

Notice is hereby given that Mr. Bibs, Mr. Woody, Mr. Walker and Mr. Kid as well as any unknown employee and/or employees who was/were not sued and who is/are allegedly responsible for the sexual misconduct in this matter are identified as non-parties at fault.  We do not know the addresses of these non-parties and are therefore unable to provide addresses.  The minimal information provided to date regarding their identities was insufficient to assist in locating personnel records.  Notice is given that these non-parties will be included on the verdict form, and apportionment of liability will be sought against each non-party who bears fault for the damages Plaintiff claims in this matter.

        Respectfully submitted:

        ZAUSMER, P.C.

        /s/ Cameron R. Getto
        CAMERON R. GETTO (P57300)
        Attorneys for Defendants Wolverine
        32255 Northwestern Hwy., Suite 225
        Farmington Hills, MI 48334
        (248) 851-4111 / Fax: (248) 851-0111
        cgetto@zausmer.com

Dated: September 12, 2025

## CERTIFICATE OF SERVICE

CAMERON R. GETTO, deposes and states that on the 12th day of September, 2025, I electronically filed the foregoing Notice of Non-Party Fault and this Certificate of Service with the Clerk of the Court using the Case Management/ Electronic Case Filing (CM/ECF) system which will send notification of such filing to all attorneys of record at their respective email addresses.

      /s/ Cameron R. Getto
      CAMERON R. GETTO (P57300)
      Attorney for Defendants Wolverine